Petition for Writ of Mandamus Denied and Memorandum Opinion filed March
28, 2006









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed March 28, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00252-CV

____________

 

IN RE MICHAEL KENNEDY, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On March 20, 2006, relator
filed a petition for writ of mandamus in this court.  See Tex.
Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition, relator
asked this court to compel the Honorable Don Taylor, presiding judge of the
253rd Judicial District Court of Liberty County, to perfect service of process
of two original citations on relator=s behalf.

Relator has not established that he is
entitled to mandamus relief.  See Tex. R. Civ.
P. 99 (Vernon=s
2005).  Accordingly,
we deny relator=s petition for writ of mandamus. 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed March 28, 2006.

Panel consists of
Justices Hudson, Fowler, and Seymore.